# Court of Appeals
# of the State of Georgia

ATLANTA,____April 13, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1182.  DAVIS O'LEARY VI, LTD. v. JORDAN, JONES & GOULDING INC.

Davis O'Leary VI, Ltd. ("Davis") filed a suit for damages against Jordan, Jones & Goulding, Inc. ("JJG") and another defendant. The trial court granted summary judgment to Davis on its claims against JJG.  Then, the court entered a judgment against JJG for $750. The court certified its judgment as final, and Davis filed this direct appeal.  We, however, lack jurisdiction.

Pursuant to OCGA § 5-6-35 (a) (6), appeals in all actions for damages in which the judgment is $10,000 or less must comply with the discretionary appeal procedures.  "Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is [$10,000] or less, an application for discretionary appeal is required." *Lightwerk Studios v. Door Units of Ga.*, 184 Ga. App. 148, 149 (361 SE2d 32) (1987).  Because this suit is an action for damages and the judgment entered was less than $10,000, Davis was required to follow the discretionary appeal procedures to obtain appellate review.  Because it failed to do so, the appeal is hereby  DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*____04/13/2015____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*